# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

~~Nogassi~~

_Rosita Frederick, White House (Intern) Trump.org_

Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

_Joe Biden, 46th President of USA_

_$21 million [stolen]_

_Case 2300704_

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

2023 AUG 28 PM 3:20
SDNY PRO SE OFFICE
RECEIVED

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

[X] Federal Question

[ ] Diversity of Citizenship

A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

As per the Prof. Jonathan Turley, of George Washington University. We need the House to impeach Joe Biden

B.  If you checked Diversity of Citizenship

1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)
Please see # 2300 7094

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

And also Fire President Donald J. Trump $70 million and throw him out of PRISON as all arrows

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
            (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Nkosi_____  __B._____  __Frederick_____
First Name            Middle Initial    Last Name

__330 W 36 St, ~~Attorny~~_____
Street Address

__NYC_____  __NY_____  _____
County, City              State            Zip Code

__347-734-7053_____  __grahamnkosi2@gmail.com_____
Telephone Number          Email Address (if available)

Page 3

B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

First Name: Joe    Last Name: Biden

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served): White House

County, City: Washington    State: DC    Zip Code:

Defendant 2:

First Name:    Last Name:

Current Job Title (or other identifying information): [illegible] e was y[illegible]

Current Work Address (or other address where defendant may be served):

County, City:    State:    Zip Code:

Defendant 3:

First Name:    Last Name:

Current Job Title (or other identifying information):

Current Work Address (or other address where defendant may be served):

County, City:    State:    Zip Code:

Defendant 4: _____
                First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City        State        Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Impeach Biden, put Trump Back into office but ~~still~~ USA so he can use his Tourism Business to Boost the USA economy.

Every presidential term other can vote for another republican who will be impeach w/ a severance pay so they get paid to lose and keep future Trump men in office

MAGA.

That's the plan and we all get $500 every XMAS

Page 5

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Biden to Be Jail and refund $ 21 million.

Also the 8 Billion he give to South African to stop using coal shud ~~got~~ be transformed as ~~American~~ real estate to put American construction work to Build the desolate villages up

Page 6

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: Aug 2023

Plaintiff's Signature: Frederick

First Name: Akosi
Middle Initial: B
Last Name: Frederick

Street Address: 330 W 36 St

County, City: NYC
State: NY

Telephone Number: 347-734-7053
Email Address: grahamakosia@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7