UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAOSI B. FREDERICK,

Plaintiff,

-against-

JOE BIDEN,

Defendant.

23-CV-7659 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 6, 2023
         New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge